NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LOWELL DAVIS and )
AVIS DAVIS, )
     Appellants, )
      )
v. )    Case No. 2D17-1927
      )
CENTERSTATE BANK OF, )
FLORIDA )
     Appellee. )
_____ )

Opinion filed June 29, 2018.

Appeal from the Circuit Court for
Hillsborough County; Richard A. Nielsen,
Judge.

Mark P. Stopa of Stopa Law Firm LLC,
Tampa, and Latasha Scott of Lord Scott,
PLLC, Tampa, for Appellants.

Lydia S. Zbrzeznj and Nicholas T.
Zbrzeznj, of Frost Van Den Boom P.A.,
Bartow, for Appellee.


PER CURIAM.


     Affirmed.


SILBERMAN, and LUCAS, and ATKINSON, JJ., Concur.